**LOCKRIDGE GRINDAL NAUEN**
P.L.L.P.
ATTORNEYS AT LAW

SUITE 2200
100 WASHINGTON AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55401-2179

TELEPHONE (612) 339-6900
FACSIMILE (612) 339-0981

SUITE 210
415 SECOND STREET, N.E.
WASHINGTON, D.C. 20002-4900

TELEPHONE (202) 544-9840
FACSIMILE (202) 544-9850

WWW.LOCKLAW.COM

ROBERT J. SCHMIT
RICHARD A. LOCKRIDGE
CHARLES N. NAUEN*
H. THEODORE GRINDAL
W. JOSEPH BRUCKNER
CHRISTOPHER K. SANDBERG
J. MICHAEL SCHWARTZ
BERT BLACK**
HARRY E. GALLAHER
WILLIAM A. GENGLER
ERIC C. TOSTRUD*
ROBERT K. SHELQUIST
HENRI G. MINETTE
GREGG M. FISHBEIN
SUSAN E. ELLINGSTAD
KAREN HANSON RIEBEL
HEIDI M. SILTON
GREGORY J. MYERS

OF COUNSEL
DANIEL A. FARBER***
ELIZABETH A. SNELSON
BRADLEY W. ANDERSON
PATRICIA A. BLOODGOOD*

YVONNE M. FLAHERTY
DARLA JO BOGGS
LISA M. POLLARD****
DAVID J. ZOLL
NATHAN D. PROSSER
ELIZABETH R. ODETTE
DAVID W. ASP
R. REID LEBEAU II
CARMEN B. COPHER
SARAH M. RUSSELL

****ADMITTED IN NEW YORK ONLY

GOVERNMENT RELATIONS†
DENNIS M. MCGRANN
KATHLEEN K. MICHELETTI
DOUG D. STANG
ALLYSON J. HARTLE
REBECCA K. KLETT
MATTHEW S. SCHAFER
ALAYNE M. FAIR
BRIAN M. WILLIAMS
MEGAN G. HELGE
EMILY J. GEHRMAN

† NON-ATTORNEY LOBBYISTS

*ALSO ADMITTED IN WISCONSIN
**ALSO ADMITTED IN TEXAS
***ADMITTED IN WASHINGTON, D.C. ONLY

February 23, 2007

Patricia L. McNutt, Clerk of Court
United States District Court
Eastern District of Tennessee
800 Market Street, Suite 130
Knoxville, TN 37902

> Re:   In re Graphic Processing Units (GPU) Antitrust Litigation
> **MDL Docket No. 1826**
> *Benson et al. v. NVIDIA Corp. et al.*; Case No. 2:07-CV-00050 (E.D. Tenn.),
> Judge J. Ronnie Greer, (filed February 21, 2007)

Dear Clerk of Court:

In connection with the above-referenced matter, enclosed for filing please find the following:

1. Interested Party Response of Plaintiff Scott Erickson, In Support of Motion of Plaintiffs Henry Truong, Tron Nguyen, Judd Eliasoph, and Stephanie Truong's for Transfer and Consolidation of Related Antitrust Actions In The Northern District of California Pursuant to 28 U.S.C. § 1407;
2. Schedule of Pending Actions; and
3. Certificate of Service.

366916-1

Patricia L. McNutt, Clerk of Court
United States District Court
Eastern District of Tennessee
February 23, 2007
Page 2

    Thank you for your attention to this matter, and if you have any questions please contact my office.

                               Sincerely,

                               LOCKRIDGE GRINDAL NAUEN P.L.L.P.

                               W. Joseph Bruckner

WJB/smg
Enclosures

cc:    All parties of record

366916-1