**LOCKRIDGE GRINDAL NAUEN**
P.L.L.P.
ATTORNEYS AT LAW

SUITE 2200
100 WASHINGTON AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55401-2179

TELEPHONE (612) 339-6900
FACSIMILE (612) 339-0981

SUITE 210
415 SECOND STREET, N.E.
WASHINGTON, D.C. 20002-4900

TELEPHONE (202) 544-9840
FACSIMILE (202) 544-9850

WWW.LOCKLAW.COM

ROBERT J. SCHMIT
RICHARD A. LOCKRIDGE
CHARLES N. NAUEN*
H. THEODORE GRINDAL
W. JOSEPH BRUCKNER
CHRISTOPHER K. SANDBERG
J. MICHAEL SCHWARTZ
BERT BLACK**
HARRY E. GALLAHER
WILLIAM A. GENGLER
ERIC C. TOSTRUD*
ROBERT K. SHELQUIST
HENRI G. MINETTE
GREGG M. FISHBEIN
SUSAN E. ELLINGSTAD
KAREN HANSON RIEBEL
HEIDI M. SILTON
GREGORY J. MYERS

OF COUNSEL
  DANIEL A. FARBER***
  ELIZABETH A. SNELSON
  BRADLEY W. ANDERSON
  PATRICIA A. BLOODGOOD*

*ALSO ADMITTED IN WISCONSIN
**ALSO ADMITTED IN TEXAS
***ADMITTED IN WASHINGTON, D.C. ONLY

YVONNE M. FLAHERTY
DARLA JO BOGGS
LISA M. POLLARD****
DAVID J. ZOLL
NATHAN D. PROSSER
ELIZABETH R. ODETTE
DAVID W. ASP
R. REID LEBEAU II
CARMEN B. COPHER
SARAH M. RUSSELL

****ADMITTED IN NEW YORK ONLY

GOVERNMENT RELATIONS†
  DENNIS M. MCGRANN
  KATHLEEN K. MICHELETTI
  DOUG D. STANG
  ALLYSON J. HARTLE
  REBECCA K. KLETT
  MATTHEW S. SCHAFER
  ALAYNE M. FAIR
  BRIAN M. WILLIAMS
  MEGAN G. HELGE
  EMILY J. GEHRMAN

† NON-ATTORNEY LOBBYISTS

February 23, 2007

**VIA FEDERAL EXPRESS**
Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002

    Re:    **In re Graphics Processing Units Antitrust Litigation**
           **MDL Docket No. 1826**

Dear Mr. Beck:

    Enclosed for filing in the above-mentioned litigation please find an original and four (4) copies of each of the following:

1. Notice of Appearance of W. Joseph Bruckner for Plaintiff Scott Erickson;

2. Notice of Presentation or Waiver of Oral Argument for W. Joseph Bruckner;

3. Interested Party Response of Plaintiff Scott Erickson, in Support of Motion of Plaintiffs Henry Truong, Tron Nguyen, Judd Eliasoph, and Stephanie Truong's for Transfer and Consolidation of Related Antitrust Actions in the Northern District Of California Pursuant To 28 U.S.C. § 1407;

4. Schedule of Pending Actions; and

5. Certificate of Service.

    Also enclosed is a diskette containing the document identified above as item 3.

366967-1

Michael J. Beck
February 23, 2007
Page 2

       Thank you for your attention to this matter, and if you have any questions please contact my office.

                     Sincerely,

                     LOCKRIDGE GRINDAL NAUEN P.L.L.P.

                     W. Joseph Bruckner

WJB/ctj
Enclosures
c:    All parties of record

366967-1