## SCHEDULE OF PENDING ACTIONS

At present, the litigation consists of the following additional seven actions[1]:

1) Two cases filed in the Northern District of California:

   a. *Scott Erickson, on behalf of himself and all others similarly situated v. NVIDIA Corporation, ATI Technologies, Inc., and Advanced Micro Devices, Inc.*, Case No. 3:07-CV-914-SC (N.D. Cal.), Judge Samuel Conti, (filed February 13, 2007) (Indirect Purchaser Action); and

   b. *Albert Cella, individually and on behalf of all others similarly situated v. NVIDIA Corporation, ATI Technologies, Inc., and Advanced Micro Devices, Inc.*, Case No. 3:07-cv-995-MJJ (N.D. Cal.), Judge Martin J. Jenkins, (filed February 16, 2007);

2) One case filed in the Central District of California:

   a. *Joseph Peirano, a California resident, on behalf of himself and all others similarly situated v. NVIDIA Corporation, ATI Technologies, Inc., and Advanced Micro Devices, Inc.*, Case No. 2:07-CV-919-GHK-MAN (C.D. Cal.), Judge George H. King, (filed February 8, 2007) (Indirect Purchaser Action);

3) One case filed in the District of Kansas:

   a. *Scott Redpath, on behalf of himself and all others similarly situated v. NVIDIA Corporation, ATI Technologies, Inc., and Advanced Micro Devices, Inc.*, Case No. 2:07-CV-2067-KHV-DJW (D. Kan.), Judge Kathryn H. Vratil, (filed February 14, 2007) (Indirect Purchaser Action);

4) One case filed in the District of Massachusetts:

   a. *Stephanie Lueckel, on behalf of herself and all others similarly situated v. NVIDIA Corporation, ATI Technologies, Inc., and Advanced Micro Devices, Inc.*, Case No.1:07-CV-10300 (D. Mass.), Unassigned, (filed February 16, 2007) (Indirect Purchaser Action);

5) One case filed in the District of South Carolina:

   a. *Lee R. Chamberlain, on behalf of herself and on behalf of all others similarly situated v. NVIDIA Corporation, ATI Technologies, Inc., and Advanced Micro Devices, Inc.*, Case No. 3:07-CV-424-MBS (D. S.C.), Judge Margaret B. Seymour, (filed February 12, 2007) (Indirect Purchaser Action);

---

[1] Pending actions filed after February 5, 2007, the date of the last motion filed in this matter before the Panel, MDL Pleading No. 18, Interested Party Response of Plaintiff, Michael Bensignor, d/b/a Mike's Computer Services, In Support of Transfer and Consolidation of Related Antitrust Actions in the Northern District of California Pursuant to 28 U.S.C. 1407.

366904-1

6)     One case filed in the Eastern District of Tennessee:

       a.     *Tabbatha Benson, Scott Friedson, Michael Brooks, Joe Solo, and Brittany Chung, on behalf of themselves and all others similarly situated, v. NVIDIA Corporation, ATI Technologies, Inc., and Advanced Micro Devices, Inc.*, Case No. 2:07-CV-50 (E.D. Tenn.), Judge J. Ronnie Greer, (filed February 21, 2007) (Indirect Purchaser Action).