IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

| | |
|---|---|
| TABBATHA BENSON,<br>SCOTT FRIEDSON,<br>MICHAEL BROOKS,<br>JOE SOLO, and<br>BRITTANY CHUNG,<br>on behalf of themselves and<br>all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>NVIDIA CORPORATION,<br>ATI TECHNOLOGIES, INC. and<br>ADVANCED MICRO DEVICES, INC.,<br><br>  Defendants. | Case No. 2:07-cv-50<br>JUDGE GREER<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Now come attorneys Dwight E. Tarwater and Andrew R. Tillman of the law firm of Paine, Tarwater, Bickers, and Tillman, LLP, and give notice of their appearance as counsel for Advanced Micro Devices, Inc. and ATI Technologies, Inc., now known as ATI Technologies, ULC, in this matter. By entering this appearance, Defendants do not waive their right to assert any and all defenses available under the law or the Federal Rules of Civil Procedure.

Respectfully submitted this 24th day of April, 2007.

          s/ Dwight E. Tarwater

          TN BPR #007244

          **PAINE, TARWATER, BICKERS,**
          **AND TILLMAN, LLP**
          1100 First Tennessee Plaza
          800 South Gay Street
          Knoxville, TN 37929
          Phone: (865) 525-0880
          Counsel for Defendants Advanced Micro Devices,
          Inc. and ATI Technologies, Inc. n/k/a ATI
          Technologies, ULC

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2007, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Gordon Ball, Esq.
Ball & Scott
550 Main Avenue, Suite 601
Knoxville, TN 37902
Counsel for Plaintiffs and the Respective, Alternative Classes

Daniel K. Karon, Esq.
Goldman, Scarlato & Karon, P.C.
55 Public Square, Suite 1500
Cleveland, OH 44113-1998
Counsel for Plaintiffs and the Respective, Alternative Classes

Krishna B. Narine, Esq.
Law Office of Krishna B. Narine
7839 Montgomery Ave.
Elkins, Park, PA 19027
Counsel for Plaintiffs and the Respective, Alternative Classes

Isaac L. Diel, Esq.
Sharp, McQueen, P.A.
Financial Plaza
6900 College Blvd., Suite 285
Overland Park, KS 66211
Counsel for Plaintiffs and the Respective, Alternative Classes

Stephen C. Neal, Esq.
James Donato, Esq.
Cooley, Godward, Kronish, LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Counsel for Defendant Nvidia Corporation

s/ Dwight E. Tarwater

TN BPR #007244

**PAINE, TARWATER, BICKERS, AND TILLMAN, LLP**
1100 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929
Phone: (865) 525-0880
Counsel for Defendants Nvidia Corporation, ATI Technologies, Inc. and Advanced Micro Devices, Inc.

2