CLOSED, JGB

# U.S. District Court (Live Database)
# U.S. District Court - Eastern District of Tennessee (Greeneville)
## CIVIL DOCKET FOR CASE #: 2:07-cv-00050
### Internal Use Only

Benson et al v. Nvidia Corporation et al
Assigned to: Honorable J Ronnie Greer
Referred to: Magistrate Dennis H Inman
Cause: 15:25 Clayton Act

Date Filed: 02/21/2007
Date Terminated: 06/06/2007
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**Tabbatha Benson**                     represented by  **Gordon Ball**
                                                        Ball & Scott
                                                        550 Main Avenue
                                                        Suite 601
                                                        Knoxville, TN 37902-2567
                                                        865-525-7028
                                                        Fax: 865-525-4679
                                                        Email: filings@ballandscott.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Friedson**                      represented by  **Gordon Ball**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Brooks**                      represented by  **Gordon Ball**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joe Solo**                            represented by  **Gordon Ball**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brittany Chung**                      represented by  **Gordon Ball**
*on behalf of themselves and all others*                (See above for address)
*similarly situated*                                    *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Nvidia Corporation**

**Defendant**

**ATI Technologies, Inc.**                 represented by  **Dwight E Tarwater**
                                                          Paine, Tarwater, Bickers & Tillman
                                                          800 South Gay Street
                                                          Suite 1100 First Tennessee Plaza
                                                          Knoxville, TN 37929-9703
                                                          865-525-0880
                                                          Fax: 865-521-7441
                                                          Email: det@painetar.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Advanced Micro Devices, Inc.**           represented by  **Dwight E Tarwater**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/06/2007 | 5 | ORDER TRANSFERRING CASE to the MDL 07-1826 in the Northern District of California at San Francisco with instructions for transferring the case. (Attachments: # 1 Letter from Clerk of the Northern District of California)(EBM, ) (Entered: 06/06/2007) |
| 05/17/2007 | 4 | Letter from MDL Clerk to Clerk of CAND with MDL Conditional Transfer Order included stating that case is ready for transfer when certified copy of order received by transferee clerk from transferor clerk. (EBM, ) (Entered: 05/17/2007) |
| 04/24/2007 | 3 | NOTICE of Appearance by Dwight E Tarwater on behalf of ATI Technologies, Inc., Advanced Micro Devices, Inc. (Tarwater, Dwight) (Entered: 04/24/2007) |
| 03/02/2007 | 2 | Letter from W. Joseph Bruckner of Lockridge, Grindal, Nauen, P.L.L.P who represents plaintiff Scott Erickson in the Northern District of California case. (Attachments: # 1 Copy of letter to MDL Clerk# 2 Schedule of similar pending actions). Other documents filed with MDL Clerk and tendered with letter are in the motion filing cabinet under #1.(EBM, ) (Entered: 03/02/2007) |
| 02/21/2007 | | Summons Issued as to Nvidia Corporation, ATI Technologies, Inc., and Advanced Micro Devices, Inc. and returned by Fed Ex to Plaintiff's attorney for service. (KDO) (Entered: 02/21/2007) |
| 02/21/2007 | 1 | COMPLAINT against Nvidia Corporation, ATI Technologies, Inc., and Advanced Micro Devices, Inc. (Filing fee $350.00, Receipt # G2001238.), filed |

by Brittany Chung, Tabbatha Benson, Scott Friedson, Michael Brooks and Joe Solo. (Attachments: # 1 Civil Cover Sheet)(KDO) (Entered: 02/21/2007)