LATHAM & WATKINS LLP
MARGARET M. ZWISLER (margaret.zwisler@lw.com)
AMANDA P. REEVES (amanda.reeves@lw.com)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

CHARLES H. SAMEL (SBN 182019) (charles.samel@lw.com)
JENNIFER A. CARMASSI (SBN 221592) (jennifer.carmassi@lw.com)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Defendants ATI Technologies ULC and
Advanced Micro Devices, Inc.

COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (sneal@cooley.com)
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
JAMES DONATO (146140) (jdonato@cooley.com)
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
JEFFREY M. GUTKIN (216083) (jgutkin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant NVIDIA Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION | **Case No. M-07-CV-01826-WHA**<br><br>MDL No. 1826 |
| This Document Relates To:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY**<br><br>Hon. William H. Alsup<br>Courtroom 9, 19th Floor<br>Date: July 12, 2007<br>Time: 8:00 a.m. |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1732361.1

1  This Court has considered defendants' motion to stay discovery, all briefs and papers
2  filed in support and in opposition to the motion, and all arguments made by counsel.
3      IT IS HEREBY ORDERED that defendants' motion to stay is GRANTED. Pursuant to
4  Federal Rule of Civil Procedure 26(c), all discovery, including the disclosures that Rule 26(a)(1)
5  requires, is STAYED until further order of this Court lifting the stay.
6
7      IT IS SO ORDERED.
8
9  DATED: _____
10
11                                By_____
                                      The Honorable William H. Alsup
12                                    United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1723257.2
1039948 v1/SF

1

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO
STAY DISCOVERY
Case No. M-07-CV-01826-WHA

LA\1732361.1