**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

7 June 2007

Re: <u>MDL 07-1826 In re Graphics Process Units Antitrust Litigation</u>

<u>Title of Case</u>
*Tabbatha Benson, et al -v- Nvidia Corp., et al*

<u>Case Number</u>
C.A. No. 2:07-0050

Dear Sir/Madam:

      This is to advise you that the above entitled case has been transferred from the Eastern District of Tennessee to this Court pursuant to 28 U.S.C. §1407(c) and assigned to the Honorable William H. Alsup. We have given the action the individual case number **C 07 2963 WHA**.

      All future documents submitted in this case are to be presented to the Court in compliance with the Pretrial Order No. 1 issued on 30 April 2007 in the MDL case, case no. M:07-cv-1826 WHA

      Please be advised that this action has been designated as an E-Filing case. Therefore, counsel is directed to immediately register as an ECF user with the Northern District of California. Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

Sincerely yours,

*R. C. Santos*

Rufino C. Santos
Deputy Clerk

cc: Counsel
    MDL