1  Michael P. Lehmann (Cal. Bar No. 77152)
   COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
2  1 Embarcadero Center, Suite 2440
   San Francisco, CA 94111
3  Telephone:   (415) 229-2080
   Facsimile:    (415) 986-3643
4  E-mail:       mlehmann@cmht.com

5  Craig C. Corbitt (Cal. Bar No. 83251)
   Henry A. Cirillo (Cal. Bar No. 131527)
6  ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
   44 Montgomery Street, Suite 3400
7  San Francisco, CA 94104
   Telephone:   (415) 693-0700
8  Facsimile:    (415) 693-0770
   E-mail:       ccorbitt@zelle.com
9                hcirillo@zelle.com

10 *Counsel for Individual Indirect Purchaser
        Plaintiffs*
11

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION | Case No. M:07-CV-01826-WHA |
|---|---|
| | MDL No. 1826 |
| This Document Relates to: | **STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS [FED. R. CIV. P. 41(a)(1)(A)(ii)]** |
| *Benson, et al. v. Nvidia Corporation, et al.*, No. 3:07-CV-02963-WHA (as to Michael Brooks only) | Courtroom: 9 Hon. William H. Alsup |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), which provides that "the plaintiff may dismiss an action without a court order by filing . . . (ii) a stipulation of dismissal signed by all parties who have appeared," all parties who have appeared hereby stipulate to the voluntary dismissal with prejudice of the Third Amended Consolidated Class Action Complaint, filed January 18, 2008 (Document No. 281), and all prior complaints filed in this action, with respect to plaintiffs

1  Advanced Technology Distributors, Inc., Vincent Andella, Justus Austin III, Michael Brooks,

2  Joseph Clofine, Christopher C. Crawford, Ron Davison, Judd Eliasoph, Kenneth Douglas

3  Erdmann, Scott Erickson, FME Architecture & Design, Good Sense Financial Services, Inc.,

4  Tim J. Hartshorn, Andrew Jay Heiting-Doane, Heidi Heitkamp, Inc., Jeff Hughes, Roy L.

5  Jacobs, Bret Johnson, Scott Martin, James Matson, Joseph Peirano, Dan Perkel, Angela

6  Roark, Joseph R. Salazar, Kathryn Saunders, Bryan Schindelheim, Paul Smith, Benjamin

7  Stewart, Robert Schuyler Watson, Cory Wiles, and Daniel Yohalem (collectively,

8  "Plaintiffs").

10  Dated: September 10, 2008                    Respectfully submitted,

12                                               By:       /s/ Fred A. Silva
                                                      Fred A. Silva
13                                                    DAMRELL, NELSON, SCHRIMP, PALLIOS,
                                                          PACHER & SILVA
14                                                    1601 I Street, Fifth Floor
                                                      Modesto, CA 95354
15                                                    Telephone:    (209) 526-3500
                                                      Facsimile:    (209) 526-3534

                                                      ***Counsel for Plaintiff Advanced Technology
                                                         Distributors, Inc.***

                                                 By:       /s/ Kenneth G. Gilman
                                                      Kenneth G. Gilman
                                                      GILMAN & PASTOR, LLP
                                                      225 Franklin Street, 16th Floor
                                                      Boston, MA 02110
                                                      Telephone:    (617) 742-9700
                                                      Facsimile:    (617) 742-9701

                                                      ***Counsel for Plaintiffs Vincent Andella and
                                                         James Matson***

-2-
STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS
[FED. R. CIV. P. 41(a)(1)(A)(ii)] – Case No. 3:07-CV-02963-WHA

|   |   |
|---|---|
| 1 | By:      /s/ Christopher Lovell |
| 2 | Christopher Lovell<br>LOVELL STEWART HALEBIAN LLP |
| 3 | 500 Fifth Avenue, Floor 58<br>New York, NY 10110 |
| 4 | Telephone:   (212) 608-1900<br>Facsimile:    (212) 719-4677 |
| 5 | *Counsel for Plaintiffs Justus Austin III and Paul Smith* |
| 6 |   |
| 7 | By:      /s/ Krishna B. Narine |
| 8 | Krishna B. Narine<br>LAW OFFICES OF KRISHNA B. NARINE |
| 9 | 7893 Montgomery Avenue, Suite 300<br>Elkins Park, PA 19027 |
| 10 | Telephone:   (215) 782-3240<br>Facsimile:    (215) 782-3241 |
| 11 | *Counsel for Plaintiff Michael Brooks* |
| 12 |   |
| 13 | By:      /s/ Eric Somers<br>Eric Somers |
| 14 | LEXINGTON LAW GROUP, LLP<br>1627 Irving Street |
| 15 | San Francisco, CA 94122<br>Telephone:   (415) 759-4111<br>Facsimile:    (415) 759-4112 |
| 16 |   |
| 17 | *Counsel for Plaintiff Joseph Clofine* |
| 18 | By:      /s/ Timothy D. Battin |
| 19 | Timothy D. Battin<br>STRAUS & BOIES, LLP |
| 20 | 4041 University Drive, Fifth Floor<br>Fairfax, VA 22030 |
| 21 | Telephone:   (703) 764-8700<br>Facsimile:    (703) 764-8704 |
| 22 | *Counsel for Plaintiff Christopher C. Crawford* |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 | -3- |

STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS
[FED. R. CIV. P. 41(a)(1)(A)(ii)] – Case No. 3:07-CV-02963-WHA

1
2
3
4

By:      /s/ Richard L. Nelson
Richard L. Nelson
Attorney at Law
P.O. Box 3158
Jackson Hole, WY 83001
Telephone:   (307) 732-2180
Facsimile:   (307) 732-2181

5

*Counsel for Plaintiff Ron Davison*

6
7
8
9
10

By:      /s/ Craig C. Corbitt
Craig C. Corbitt
ZELLE, HOFMANN, VOELBEL,
   MASON & GETTE LLP
44 Montgomery St., Suite 3400
San Francisco, CA 94104
Telephone:   (415) 693-0700
Facsimile:   (415) 693-0770

11
12

*Counsel for Plaintiffs Judd Eliasoph and Joseph Peirano*

13
14
15
16

By:      /s/ Michael P. Lehmann
Michael P. Lehmann
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1 Embarcadero Center, Suite 2440
San Francisco, CA 94111
Telephone:   (415) 229-2080
Facsimile:   (415) 986-3643

17

*Counsel for Plaintiff Dan Perkel*

18
19
20
21
22

By:      /s/ Fred L. Potter
Fred L. Potter
SULLOWAY & HOLLIS, PLLC
9 Capitol Street
Concord, NH 03301
Telephone:   (603) 224-2341
Facsimile:   (603) 223-2999

23
24

*Counsel for Plaintiffs Kenneth Douglas Erdmann, Good Sense Financial Services, Inc., and Heidi Heitkamp, Inc.*

25
26
27
28

-4-
STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS
[FED. R. CIV. P. 41(a)(1)(A)(ii)] – Case No. 3:07-CV-02963-WHA

1
2
3
4

By:     /s/ W. Joseph Bruckner
W. Joseph Bruckner
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue, Suite 2200
Minneapolis, MN 55402
Telephone:    (612) 339-6900
Facsimile:    (612) 339-0981

5

*Counsel for Plaintiff Scott Erickson*

6
7
8
9

By:     /s/ Tracy R. Kirkham
Tracy R. Kirkham
COOPER & KIRKHAM, P.C.
655 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone:    (415) 788-3030
Facsimile:    (415) 882-7040

10
11

*Counsel for Plaintiff FME Architecture & Design*

12
13
14
15

By:     /s/ Gene Summerlin
Gene Summerlin
OGBORN SUMMERLIN & OGBORN, P.C.
610 J Street, Suite 200
Lincoln, NE 68508
Telephone:    (402) 434-8040
Facsimile:    (402) 434-8044

16
17

*Counsel for Plaintiff Tim J. Hartshorn*

18
19
20
21

By:     /s/ Justin E. LaVan
Justin E. LaVan
LAMARCA & LANDRY, P.C.
1820 N.W. 118th Street, Suite 200
Des Moines, IA 50325
Telephone:    (515) 225-2600
Facsimile:    (515) 225-8581

22

*Counsel for Plaintiff Andrew Jay Heiting-Doane*

23
24
25
26
27
28

-5-
STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS
[FED. R. CIV. P. 41(a)(1)(A)(ii)] – Case No. 3:07-CV-02963-WHA

1
2
3
4
5
6

By:    /s/ Michael G. Simon
Michael G. Simon
FRANKOVITCH, ANETAKIS, COLANTONIO & SIMON
337 Penco Road
Weirton, WV 26062
Telephone: (304) 723-4400
Facsimile: (304) 723-5892

*Counsel for Plaintiff Jeff Hughes*

7
8
9
10
11
12

By:    /s/ Stephen T. Rodd
Stephen T. Rodd
ABBEY SPANIER RODD ABRAMS & PARADIS LLP
212 East 39th Street
New York, NY 10016
Telephone: (212) 889-3700
Facsimile: (212) 684-5191

*Counsel for Plaintiff Roy L. Jacobs*

13
14
15
16
17
18

By:    /s/ W. Randolph Patton
W. Randolph Patton
PATTON, SHEA & KIRALY, P.C.
3016 West Charleston Boulevard, Suite 195
Las Vegas, NV 89102
Telephone: (702) 870-6790
Facsimile: (702) 870-7490

*Counsel for Plaintiff Bret Johnson*

19
20
21
22
23

By:    /s/ Ilan J. Chorowsky
Ilan J. Chorowsky
PROGRESSIVE LAW GROUP, LLC
1130 North Dearborn Street, Suite 3110
Chicago, IL 60610
Telephone: (312) 643-5893
Facsimile: (312) 643-5894

*Counsel for Plaintiff Scott Martin*

24
25
26
27
28

-6-
STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS
[FED. R. CIV. P. 41(a)(1)(A)(ii)] – Case No. 3:07-CV-02963-WHA

```
 1                              By:      /s/ William C. Wright
                                     William C. Wright
 2                                   THE LAW OFFICE OF WILLIAM C.
                                         WRIGHT, P.A.
 3                                   319 Clematis Street, Suite 902
                                     West Palm Beach, FL 33401
 4                                   Telephone:    (561) 514-0904
                                     Facsimile:    (561) 514-0905
 5
                                     Counsel for Plaintiff Angela Roark
 6

 7                              By:      /s/ Adam C. Belsky
                                     Adam C. Belsky
 8                                   GROSS & BELSKY LLP
                                     180 Montgomery Street, Suite 2200
 9                                   San Francisco, CA 94104
                                     Telephone:    (415) 544-0200
10                                   Facsimile:    (415) 544-0201

11                                   Counsel for Plaintiffs Joseph R. Salazar,
                                        Benjamin Stewart, and Daniel Yohalem
12

13                              By:      /s/ Joseph G. Sauder
                                     Joseph G. Sauder
14                                   CHIMICLES & TIKELLIS LLP
                                     361 West Lancaster Avenue
15                                   Haverford, PA 19041
                                     Telephone:    (610) 642-8500
16                                   Facsimile:    (610) 649-3633

17                                   Counsel for Plaintiff Kathryn Saunders

18
                                By:      /s/ Daniel L. Warshaw
19                                   Daniel L. Warshaw
                                     PEARSON, SIMON, SOTER, WARSHAW &
20                                      PENNY, LLP
                                     15165 Ventura Boulevard, Suite 400
21                                   Sherman Oaks, CA 91403
                                     Telephone:    (818) 788-8300
22                                   Facsimile:    (818) 788-8104

23                                   Counsel for Plaintiff Bryan Schindelheim

24

25

26

27
                                              -7-
28  ─────────────────────────────────────────────────────────────
    STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS
    [FED. R. CIV. P. 41(a)(1)(A)(ii)] – Case No. 3:07-CV-02963-WHA
```

|   |   |   |   |
|---|---|---|---|
| 1 |   | By: | /s/ Dennis J. Johnson |

Dennis J. Johnson
JOHNSON & PERKINSON
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 862-0060

*Counsel for Plaintiff Robert Schuyler Watson*

By: /s/ B.J. Wade

B.J. Wade
GLASSMAN, EDWARDS, WADE AND WYATT, P.C.
26 North Second Street Building
Memphis, TN 38103
Telephone: (901) 527-4673
Facsimile: (901) 521-0940

*Counsel for Plaintiff Cory Wiles*

Dated: September 10, 2008    By: /s/ John C. Dwyer

John C. Dwyer
James Donato
Whitty Somvichian
COOLEY GODWARD KRONISH LLP
101 California St., 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Counsel for Defendant NVIDIA Corporation*

Dated: September 10, 2008    By: /s/ Margaret M. Zwisler

Margaret M. Zwisler
Eric J. McCarthy
Amanda P. Reeves
LATHAM & WATKINS LLP
555 Eleventh Street, N.W. Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

-8-
STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS
[FED. R. CIV. P. 41(a)(1)(A)(ii)] – Case No. 3:07-CV-02963-WHA

Charles H. Samel
LATHAM & WATKINS LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone:    (213) 485-1234
Facsimile:     (213) 891-8763

*Counsel for Defendants ATI Technologies ULC, Advanced Micro Devices, Inc., AMD US Finance, Inc., and 1252986 Alberta ULC*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated:  September 10, 2008

By:    /s/ Henry A. Cirillo
       Henry A. Cirillo

**CERTIFICATE OF SERVICE**

I, Robert L. Newman, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States; am over the age of 18 years; am employed by ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP, located at 44 Montgomery Street, Suite 3400, San Francisco, California 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicated below:

1. STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS [FED. R. CIV. P. 41(a)(1)(A)(ii)]; and

2. CERTIFICATE OF SERVICE.

☑ **By Electronic Filing**: I served a true copy on this date of each document listed above via the Court's ECF system on all parties registered for electronic filing in this action.

Executed on September 15, 2008 at San Francisco, California.

Signed /s/   Robert L. Newman

---

CERTIFICATE OF SERVICE – Case No. 3:07-CV-02963-WHA
3214450v1